UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-339-FDW

| | |
|---|---|
| ANTAUN K. SPENCER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWRENCE PARSONS, et al., ) <br> ) <br> Defendants. ) <br> _____) | **ORDER** |

**THIS MATTER** comes before the Court on pro se Plaintiff Antaun K. Spencer's "Motion for Entry of Default," (Doc. No. 17), filed on October 10, 2013, in which Plaintiff seeks entry of default against Defendants for failure to submit an Answer or responsive pleading.

Plaintiff's motion is **DENIED** as moot, as Defendants filed an Answer on October 8, 2013.

Signed: October 17, 2013

Frank D. Whitney
Chief United States District Judge

-1-